United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 14, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50946
Summary Calendar

ANNA MARIE VASQUEZ

Plaintiff - Appellant

v.

YSLETA INDEPENDENT SCHOOL DISTRICT

Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-02-CV-313-PRM
--------------------

Before KING, Chief Judge, and DAVIS and BARKSDALE, Circuit
Judges.

PER CURIAM:[*]

Anna M. Vasquez filed a complaint pursuant to 42 U.S.C.
§ 1983 against the Ysleta Independent School District (School
District) alleging that she was deprived of her contract right to
employment as a teacher for the 2002-2003 school year without due
process in violation of the 14th Amendment to the Constitution.
The parties consented to proceed before a magistrate judge.
The magistrate judge granted summary judgment in favor of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

School District because there was no genuine factual dispute that Vasquez had a protected property interest in continued employment by operation of TEX. EDUC. CODE Ann. § 21.103(a). The record contains no evidence creating a dispute that the School District failed to give Vasquez adequate notice of termination as required by § 21.103(a). Having reviewed <u>de</u> <u>novo</u> the order granting summary judgment, this court finds no error. <u>See</u> FED. R. CIV. P. 56(c); <u>Whittaker v. BellSouth Telecommunications, Inc.</u>, 206 F.3d 532, 534 (5th Cir. 2000); <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322 (1986).

AFFIRMED.